UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MONIQUE MOORE | : | Case No. 1:16-cv-3068 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF REMOVAL FROM THE** |
| CUYAHOGA COUNTY, *et al.* | : | **COURT OF COMMON PLEAS,** |
| | : | **CUYAHOGA COUNTY OHIO** |
| Defendants | : | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, by and through counsel, submit this Notice of Removal to the United States District Court for the Northern District of Ohio, Eastern Division, of the above-styled action, pending as Case No. CV-16-872494 in the Cuyahoga County Court of Common Pleas. A civil cover sheet is attached to this matter as Ex. A (Doc. 1-1). In support of this petition and as grounds for removal, Defendants state as follows:

## A.  REMOVAL IS TIMELY.

On November 30, 2016, Plaintiff Monique Moore ("Moore") filed a civil action against Defendants Cuyahoga County; Cuyahoga County Court of Common Pleas; Cuyahoga County Probation Department; Maria Nemec, in her official capacity as the Chief Probation Officer of the Cuyahoga County Probation Department; Michael Brady, in his official capacity as a Supervisor of the Cuyahoga County Probation Department; and Christopher Russ in his official capacity as the Deputy Court Administrator and Director of Human Resources for the Cuyahoga County Court of Common Pleas.

A true and accurate copy of the Complaint is attached as Ex. B (Doc. 1-2). Summonses have been issued for all defendants on various dates; Defendants Cuyahoga

County and Christopher Russ have been served; and the remaining Defendants' summonses remain in transit.[1] Copies of the return receipts to date, and the USPS tracking status of the remaining defendants, are attached as Ex. C (Doc 1-3). No other process, pleadings, or orders have been served upon Defendants. 28 U.S.C. §1446(a).

Defendants jointly file this Notice of Removal within 30 days of the case's filing date and the first defendant's service and receipt of the Complaint, as well as within one year of the commencement of the state court action. Therefore, this Notice is timely filed pursuant to 28 U.S.C. §1446(b).

## B.    PLAINTIFF RAISES A FEDERAL QUESTION.

Unless otherwise expressly provided by Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where the state court action is pending. 28 U.S.C. §1441(a).

In her Complaint, Plaintiff alleges a violation of Title VII (Complaint, Count One), and 42 U.S.C. §§ 1981, 1983 (Complaint, Count Two)—all federal questions.

---

[1] Defendant Cuyahoga County (D1) was served via hand-delivery on December 8. Defendant Russ (D6) was served via certified mail (USPS Receipt 30875798) on December 8.

The Clerk journalized the issue of Summons 30875797 to Defendant Cuyahoga County Court of Common Pleas (D2) on December 5 (USPS tracking no. 71189042955000913088); it was out for delivery on December 7, but it remains in transit, and the US Postal Service has not updated delivery status since that time.

The Clerk journalized the issue of Summonses 30858383 (Cuyahoga County Probation Department—D3), 30858384(Nemec—D4), and 30858385 (Brady—D5) on December 1 (USPS tracking nos. 71189042955000910247, 71189042955000910254, and 71189042955000910261); these were likewise out for delivery on December 7, but they remain in transit, and the US Postal Service has not updated delivery status since that time.

Because district courts have original jurisdiction over all civil actions arising under the Constitution and laws of the United States, this Court has subject matter jurisdiction over this action. 28 U.S.C. §1331.

## C.      CONCLUSION

Because this action meets the requirements for removal, Defendants will promptly file this Notice with the Clerk of the Common Pleas Court for Cuyahoga County.

Respectfully submitted,

MONTGOMERY, RENNIE & JONSON

/s/ Kimberly V. Riley
KIMBERLY VANOVER RILEY (0068187)
14701 Detroit Avenue, Suite 555
Cleveland, Ohio 44107
Tel:     (440) 779-7978
Fax:     (513) 768-9205
Email: kriley@mrjlaw.com
**Please direct all paper filings in this matter to the Cincinnati office (listed below)**

BRIAN M. SPIESS (0085049)
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Tel:     (513) 241-4722
Fax:     (513) 768-9203
Email: bspiess@mrjlaw.com
*Counsel for Defendant the Cuyahoga County Court of Common Pleas*

/s/ Barbara Marburger, per email auth.
BARBARA R. MARBURGER (0019152)
Cuyahoga County Prosecutor's Office
Courts Tower – 8th Floor
1200 Ontario Street
Cleveland, Ohio 44113
Tel:　(216) 443-7838
Fax:　(216) 443-7602
Email:
bmarburger@prosecutor.cuyahogacounty.us
*Counsel for Defendants Cuyahoga County Probation Department, and Maria Nemec, Michael Brady, and Christopher Russ—in their official capacities*

/s/ Awatef Assad, per email auth.
AWATEF ASSAD (0065535), Lead Counsel
AMY E. MARQUIT RENWALD (0074279)
Cuyahoga County Department of Law
2079 East 9th Street, 7th Floor
Cleveland, Ohio 44115
Tel:　(216) 698-6464
Dir:　(216) 698-2061
Fax:　(216) 698-2744
Email: aassad@cuyahogacounty.us
　　　amarquitrenwald@cuyahogacounty.us
*Counsel for Defendant Cuyahoga County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2016, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by regular U.S. Mail upon:

Wendy S. Rosett, Esq.
16781 Chagrin Boulevard, #304
Shaker Heights. Ohio 44120
*Counsel for Plaintiff*

/s/ Kimberly V. Riley
KIMBERLY VANOVER RILEY (0068187)

4